UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-05857-ODW (SKx) | Date | November 23, 2022 |
|---|---|---|---|
| Title | *United States of America v. One Real Property in Sun Valley, California* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE**

On December 2, 2020, the Court ordered the government to file status reports every 120 days concerning the progress of the related criminal investigation. (Order, ECF No. 27.) The government filed its last status report on July 22, 2022—more than 120 days ago.

Accordingly, the Court **ORDERS** the government to **SHOW CAUSE,** in writing only, no later than **December 2, 2022**, why the government failed to timely file a status report. This Order will discharge upon the filing of a status report by the aforementioned date.

**IT IS SO ORDERED.**

                                                                                          00   :   00

                                                          Initials of Preparer    SE